Before the Third Division, April 25, 1960

*No. 64119.*—C. J. Tower & Sons v. United States, protests 284802–K, etc. (Buffalo).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

*No. 64120.*—Close and Stewart v. United States, protests 58/10093, 58/10132, and 329886–K (Seattle).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.